FILED
NOV 20 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12CR4714-IEG |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Sec. 1349 – Conspiracy to Commit Securities Fraud |
| MARK ALLEN LEFKOWITZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about an unknown date but no later than January 2007 and continuing up to on or about February 2008, within the Southern District of California and elsewhere, Defendant did knowingly and intentionally conspire with the Chief Executive Officer of Company A to execute a scheme to defraud shareholders and others in connection with a security of Company A, which is an issuer with a class of securities registered under section 12 of the Securities and Exchange Act of 1934, in violation of Title 18, United States Code, Section 1348(1); all in violation of Title 18, United States Code, Section 1349.

DATED: 11/20/12

LAURA E. DUFFY
United States Attorney

TIMOTHY C. PERRY
Assistant U.S. Attorney