# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 12-cr-04714-IEG |
| Plaintiff, | ORDER |
| v. | |
| MARK ALLEN LEFKOWITZ (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Information.

**DATED:  December 20, 2012**

_____
**IRMA E. GONZALEZ
United States District Judge**

12-cr-04714-IEG