1 LAURA E. DUFFY
United States Attorney
2 ERIC J. BESTE
Assistant United States Attorney
3 California State Bar No. 226089
United States Attorney's Office
4 880 Front Street, Room 6293
San Diego, CA 92101-8893
5 Telephone: (619) 546-6695/Fax: (619) 546-0450
Email: eric.beste@usdoj.gov
6
Attorneys for Plaintiff
7 United States of America

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 12-CR-04714-BTM |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| MARK ALLEN LEFKOWITZ, | |
| Defendant. | |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should

/ / /

/ / /

NOTICE OF APPEARANCE 1 12-CR-04714-BTM

be listed as lead counsel for CM/ECF purposes, and should receive **all** Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Valerie H. Chu | 241709 | (619) 546-6750 | valerie.chu@usdoj.gov |

Effective this date, **the following attorneys are no longer associated with this case** and should **not** receive any further Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Timothy C. Perry | 248543 | (619) 546-7966 | timothy.perry@usdoj.gov |

DATED: March 27, 2014

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

S/Eric J. Beste
ERIC J. BESTE
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
eric.beste@usdoj.gov

|   |   |   |
|---|---|---|
| | IN THE UNITED STATES DISTRICT COURT | |
| | FOR THE SOUTHERN DISTRICT OF CALIFORNIA | |
| UNITED STATES OF AMERICA, | | Criminal Case No. 12-CR-04714-BTM |
| Plaintiff, | | |
| v. | | CERTIFICATE OF SERVICE |
| MARK ALLEN LEFKOWITZ, | | |
| Defendant. | | |

I, ERIC J. BESTE, am a citizen of the United States and am at least 18 years of age. My business address is 880 Front Street, Room 6293, San Diego, California, 92101-8893. I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance by electronically filing the foregoing with the U.S. District Court for the Southern District of California using its ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2014      S/ Eric J. Beste
                                ERIC J. BESTE
                                Assistant U.S. Attorney