✎AO 245B (CASD) (Rev. 4/14)   Judgment in a Criminal Case
Sheet 1

DEC 0 9 2015

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| MARK ALLEN LEFKOWITZ | Case Number: 12CR4714-BTM |
| | MICHAEL BACHNER |
| | Defendant's Attorney |

**REGISTRATION NO.** 36981298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) 1 OF THE INFORMATION

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC 1349 | CONSPIRACY TO COMMIT SECURITIES FRAUD | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment: $100 to be paid forthwith.

☒ Fine waived    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

NOVEMBER 20, 2015
Date of Imposition of Sentence

*Barry Ted Moskowitz*
HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

12CR4714-BTM

AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 8

DEFENDANT: MARK ALLEN LEFKOWITZ
CASE NUMBER: 12CR4714-BTM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TEN (10) MONTHS.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant serve his sentence at the Camp at Otisville, New York to facilitate family visits.

*Barry Ted Moskowitz*
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒ before 12:00PM on 01/22/2016 or to this Court at 2:00PM on that same date.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

12CR4714-BTM

AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 8

DEFENDANT: MARK ALLEN LEFKOWITZ
CASE NUMBER: **12CR4714-BTM**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
FIVE (5) YEARS.

      The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __2__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**12CR4714-BTM**

AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 4 — Special Conditions

Judgment—Page 4 of 8

DEFENDANT: MARK ALLEN LEFKOWITZ
CASE NUMBER: 12CR4714-BTM

## SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, property, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☒ Make restitution to the victims on the attached list in the amount of $835,563.69, to be paid as set forth on page 5 of this Judgment.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☒ Not enter the Republic of Mexico without written permission of the Court or probation officer.

☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☒ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer. The Court authorizes the release of the pre-sentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant shall consent to the release of evaluations and treatment information to the probation officer and the Court by the mental health provider.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☒ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of ___ days upon release. This is a non punitive placement.

☒ Seek and maintain full time employment and/or schooling or a combination of both.

☐ Resolve all outstanding warrants within ___ days.

☐ Complete ___ hours of community service in a program approved by the probation officer within

☐

☐ If deported, excluded, or allowed to voluntarily leave the United States, obey all laws federal, state and local and not reenter or attempt to reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; the other conditions of supervision are suspended while the defendant is out of the United States after deportation, exclusion, or voluntary departure.

☒ The defendant shall notify the Collections Unit, United States Attorney's Office within 10 days of obtaining any interest in property, directly or indirectly, valued at $1,000 or more including any interest obtained under any other name, or entity, including a trust, partnership, or corporation until restitution is paid in full. The defendant shall notify the Collections Unit, United States Attorney's Office 10 days before transferring any interest in property valued at $1,000 or more owned directly or indirectly by the Defendant, including any interest held or owned under any other name or entity, including a trust, partnership, and/or corporations.

12CR4714-BTM

AO 245S (CASD Rev. 08/13) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | MARK ALLEN LEFKOWITZ [1] | Judgment - Page 5 of 8 |
| CASE NUMBER: | 12CR4714-BTM | |

## RESTITUTION

The defendant shall pay restitution in the amount of   $835,563.69   unto the United States of America. For the benefit of the victims on the attached list through the Clerk of Court

This sum shall be due immediately.  Pay restitution in the amount of $835,563.69 jointly and severally liable with Mark Lopez. 1) $50,000 forthwith. 2) The net proceeds on the sale of the defendant's "Disney Vacation Club Account" forthwith. 3) $300,000 upon sale of the defendant's residence. 4) $500 per month commencing upon Supervised Release.

The Court has determined that the defendant    does not    have the ability to pay interest. It is ordered that:

  The interest requirement is waived

13CR3479-BTM

| Victim Last Name | Victim First Name | Address1 | Address2 | City | State | Zip Code | Loss |
|---|---|---|---|---|---|---|---|
| Hilton | Joseph | | | | South Carolina | | $425.00 |
| Houtari | Jerry | | | | Oklahoma | | $2,401.05 |
| Huffer | Ray | | | | Ohio | | $79.99 |
| Hughes | Edward | | | | Massachusetts | | $24.00 |
| Hughes | Jennifer | | | | Colorado | | $500.00 |
| Ikuta | Juanita Mary | | | | Minnesota | | $1,480.50 |
| Johnson | Ronald Thomas | | | | Indiana | | $3,570.00 |
| King | Richard & Robin Mary | | | | Oregon | | $1,711.50 |
| Kinnersley | Alan Maxwell & Cheng- | | | | Michigan | | $9,430.00 |
| Koenig | Christopher Lee | | | | North Carolina | | $180.00 |
| Leonard | Kenneth Lee | | | | Texas | | $10,052,252 |
| Linginfelter | James | | | | Indiana | | $179.11 |
| Lueders | James Paul | | | | Wisconsin | | $127.50 |
| Madrak | Mary | | | | Connecticut | | $282.50 |
| Maples | Tony Ray & Sheba Ann | | | | Texas | | $435.92 |
| Meltzer | Gary | | | | Indiana | | $492.30 |
| Morrissey | Elizabeth | | | | North Carolina | | $33.00 |
| Nelson | Garret | | | | Iowa | | $6,637.50 |
| Olney | Larry | | | | California | | $4,062.61 |
| Padula | Ralph | | | | New Jersey | | $1,007.56 |
| Parizek | Ronald | | | | North Dakota | | $80.00 |
| Prindiville | Lloyd | | | | Missouri | | $885.00 |
| Ramasamy | Natarajan | | | | California | | $5,330.00 |
| Randles | Adrian & Rosie | | | | California | | $810.10 |
| Reich | Jean | | | | California | | $720.00 |
| Richardet | Patrice | | | | Missouri | | $637.60 |
| Rockers | Dio | | | | Arizona | | $47,457.63 |
| Rockwell-Goff | Wendy | | | | Washington | | $142.30 |
| Rogestad | Rex | | | | Minnesota | | $625.00 |
| Roth | Gerald & Corazon | | | | Nevada | | $325.00 |
| Sacandaga Investments Inc | Harold M. Samuels, President | | | | Florida | | $120.00 |
| Sacco | Douw | | | | New York | | $285.00 |
| Schroeder | Louis & Norma | | | | Indiana | | $5,150.47 |
| Sibert | Jimways | | | | New York | | $418.77 |
| Synko | Robert | | | | Indiana | | $14,671.00 |
| Taylor | Debbie & Robert | | | | Idaho | | $890.00 |
| The Family Pictures | | | | | New York | | $3.27 |
| Calendar Inc. | | | | | | | |
| Tillery | Raul Melecio, President | | | | Illinois | | $7.00 |
| Toolson | Andre & Mary | | | | Utah | | $9,720.00 |
| Tromotola | Gene & Lujean | | | | Washington | | $43.96 |
| Urso, Jr. | Scott | | | | Florida | | $592.31 |
| Vandygriff | Frank | | | | Tennessee | | $85.00 |
| Vanzant | Joseph & Pamela | | | | Indiana | | $1,727.50 |

Case 3:12-cr-04714-BTM Document 12-1 Filed 11/13/15 Page 9 of 11

## UNICO, INC. ("UCOI")
## VICTIM IMPACT STATEMENT ANALYSIS
## DECEMBER 1, 2006 THROUGH FEBRUARY 29, 2008

| Victim Last Name | Victim First Name | Address1 | Address2 | City | State | Zip Code | Loss |
|---|---|---|---|---|---|---|---|
| Abbott | Daine Austin | | | | florida | | $250.00 |
| Alsup | Anita | | | | Missouri | | $20.11 |
| Balcti | William Edward | | | | labama | | $220.70 |
| Ballen | Peter | | | | alifornia | | $2,091.51 |
| Baucom | Azer (Deceased) | | | | alifornia | | $1.50 |
| Benchmark Consulting | | | | | | | |
| Appraiser | Anthony Rusciano | | | | ew York | | $3,010.00 |
| Bicher | David & Shelby | | | | orth Carolina | | $7,950.45 |
| Borowy | Renee & Gary | | | | Michigan | | $40.00 |
| Bostwick | Jerold | | | | exas | | $1,735.00 |
| Bright | John & Elizabeth | | | | ennsylvania | | $301.95 |
| Buckingham | Tristan | | | | alifornia | | $3,785.00 |
| Burrell | Robert | | | | orth Carolina | | $11.70 |
| Capaul | Irwin | | | | Wisconsin | | $1,845.00 |
| Carlson | Donald | | | | llinois | | $92.50 |
| Cohara | Christopher | | | | olorado | | $942.60 |
| Davis | Patrick Randall Earl | | | | exas | | $448,914.15 |
| Decarlo | William & Antoinette | | | | ennsylvania | | $7,150.00 |
| Denofrio, Jr. | Lawrence | | | | hode Island | | $53.85 |
| Duplinskyy | Oleksiy | | | | alifornia | | $773.94 |
| Dutcher | Bruce | | | | Michigan | | $550.20 |
| Eden | Nancy | | | | irginia | | $1,931.50 |
| Elder | Michael | | | | Missouri | | $93,279.20 |
| Elfadil | Elhaj | | | | New Hampshire | | $3,067.00 |
| Erk | Arthur Louis | | | | ew York | | $1,610.00 |
| Ernspiker | John Robert | | | | entucky | | $12,228.81 |
| Felten | Tony | | | | Minnesota | | $691.79 |
| Fenner | Howard | | | | exas | | $16,350.00 |
| Flores | Justin | | | | exas | | $23.13 |
| Gardner | Stevin | | | | florida | | $89.04 |
| Gaumond | Donald Isaue | | | | olorado | | $1,100.01 |
| Gibbs | John | | | | exas | | $517.14 |
| Graham | Thomas & Sherry | | | | Michigan | | $3,915.78 |
| Greniger | Kurt Henry | | | | Minnesota | | $459.70 |
| Griffin | Billy Eugene | | | | orth Carolina | | $1,528.09 |
| Grimmett | Roy | | | | rkansas | | $520.00 |
| Hatch | Clark & Quenta | | | | alifornia | | $36,250.00 |
| Hatch* | Garland & Carol | | | | | | $33,902.80 |
| Hibbs | Jesse | | | | entucky | | $450.00 |

Case 3:12-cr-04714-BTM Document 12-1 Filed 11/13/15 Page 11 of 11

| Victim Last Name | Victim First Name | Address1 | Address2 | City | State | Zip Code | Loss |
|---|---|---|---|---|---|---|---|
| Vigil | Lorenzo | | | | Colorado | | $20.40 |
| Wang | Jiamin | | | | Texas | | $424.00 |
| Weber | Dennis & Sharon | | | | Ohio | | $12,140.40 |
| Wetzstein | Douglas | | | | Maryland | | $916.85 |
| Whitehead | Shirley | | | | California | | $120.00 |
| Winn | Charles | | | | Colorado | | $69.00 |
| Winters | Carol | | | | Montana | | $66.90 |
| Yenca | Donna | | | | Pennsylvania | | $210.00 |
| York | Mark | | | | Texas | | $80.50 |
| TOTALS: | | | | | | | $835,541.18 |

| Victim Last Name | Victim First Name | Address1 | Address2 | City | State | Zip Code | Loss |
|---|---|---|---|---|---|---|---|
| Hartle | C. Wayne | | | | Utah | | $22.51 |



TOTAL LOSS
$835,563.69

3